

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, L.L.C.** and M.E. Phillip,
Appellants

v.

**EOG RESOURCES, INC.**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment signed on October 3, 2019 is REVERSED and the cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is further ORDERED that appellants Cuanto Antes Mejor, L.L.C. and M.E. Phillip recover their costs of appeal from appellee EOG Resources, Inc.

SIGNED June 2, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice